USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ellen Elizabeth Tarr, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

HQ Milton, Inc.,

                Defendant.

1:23-cv-09264 (PAE) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    The parties shall appear via telephone for a conference in the above-captioned matter on Monday, December 4, 2023, at 1 p.m. EST, to address the status of the action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

    If Defendant has not appeared as of that date, Plaintiff is still required to appear for the telephone conference. In addition, if Defendant has been in communication with Plaintiff's counsel, Plaintiff's counsel shall advise Defendant of the scheduling of the conference.

**SO ORDERED.**

Dated: New York, New York
       November 28, 2023

_____
STEWART D. AARON
United States Magistrate Judge