UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/2/2024
```

Ellen Elizabeth Tarr, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

HQ Milton, Inc.,

                Defendant.

1:23-cv-09264 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

In light of the Clerk's Certificate of Default (ECF No. 12), the telephone conference scheduled for Monday, February 5, 2024 (12/2/23 Order, ECF No. 9), is hereby cancelled.

**SO ORDERED.**

Dated: New York, New York
       February 2, 2024

_____
STEWART D. AARON
United States Magistrate Judge